SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN:  196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone:  (503) 889-0472
Facsimile:  (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| MICHELLE ANN HILDALGO, | No.  2:15-cv-01342-CKD (TEMP) |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of February 29, 2016, by thirty days, to the new due date of March 30, 2016, **and all other deadlines be extended accordingly**.  This extension is requested because the writer has prior arrangement to be out of town to help an ailing immediate family member coming home from an extended stay from the hospital.

1

| | |
|---|---|
| DATED: February 25, 2016 | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX |
| */s/ Shellie Lott*<br>SHELLIE LOTT,<br>Attorney for Plaintiff | */s/April A. Alongi for Patrick William Snyder*<br>PATRICK WILLIAM SNYDER,<br>(As authorized via E-mail on 02/25/16)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: March 1, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD/hidalgo1342.stip.eot.ord