BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ANN HIDALGO, | No. 2:15-cv-01342-CKD (TEMP) |
| Plaintiff, | **STIPULATION AND ORDER FOR COMMISSIONER'S EXTENSION** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff has 14 additional days file their Motion for Summary Judgment resulting in Plaintiff's brief due on April 13, 2016, with all other deadlines extended accordingly.

    The extension is necessary because the Medical Record Part 8 and Part 9 were inadvertently left off the electronic filing of the administrative transcript on January 14, 2016. To cure this defect, Defendant will electronically file a Supplemental Administrative Transcript with Parts 8 and 9

concurrently with this stipulation, completing the electronic transcript record. This was only an issue with the ECF filing of the transcript and should not have disturbed the integrity of the courtesy copy filed with this court.  Plaintiff has indicated that a two week extension is sufficient time to review the records and file Plaintiff's Motion for Summary Judgment. This is Defendant's first extension request.

Respectfully submitted,

Dated:  March 30, 2016		BENJAMIN B. WAGNER
					United States Attorney
					DEBORAH LEE STACHEL
					Acting Regional Chief Counsel, Region IX
					Social Security Administration

				By:	/s/  Patrick William Snyder
					PATRICK WILLIAM SNYDER
					Special Assistant U.S. Attorney
					Attorneys for Defendant

Dated:  March 30, 2016

					*/s/ Linda Susan Ziskin (as authorized by email)*
					LINDA SUSAN ZISKIN
					Attorney for Plaintiff

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  March 31, 2016

					_____
					CAROLYN K. DELANEY
					UNITED STATES MAGISTRATE JUDGE

BVD/hidalgo1342.stip.eot2.ord