1  SHELLIE LOTT, SBN:  246202
   Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
3  Stockton, California 95202
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  Linda Ziskin, SBN:  196293
   Ziskin Law Office
6  PO Box 753833
7  Las Vegas, NV 89136
   Telephone:  (503) 889-0472
8  Facsimile:  (888) 889-5776

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHELLE ANN HILDAGO, | No.  2:15-cv-01342-CKD (TEMP) |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to Reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of June 2, 2016, by fifteen days, to the new due date of June 17, 2016, **and all other deadlines be extended accordingly**.  This extension is requested because the writer will be out of town for family events which has been scheduled months ago.

1

| | |
|---|---|
| DATED: May 31, 2016 | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX |
| /s/ Shellie Lott<br>SHELLIE LOTT,<br>Attorney for Plaintiff | /s/ Patrick William Snyder<br>PATRICK WILLIAM SNYDER,<br>(As authorized via E-mail on 5/27/16)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: June 1, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD/hidalgo1342.stip.eot3.ord